## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

```
_____  :
                                 :
HERBERT COUNCIL,                 :
                                 :
             Plaintiff,          :    Civil No. 06-7 (RBK)
        v.                       :
                                 :    ORDER
JOHN NASH, et al.,               :
                                 :
             Defendants.         :
_____  :
```

THIS MATTER having come before the Court upon motion by defendants John Nash, C.J. DeRosa, Henry E. McKinnon, Jim Reiser, Kevin Bullock, Bob Donahue, Ronnie Holte, Walter B. Jones, John R. Owens, Scott Dodrill, E. L. Tatum, Jr., Harrell Watts, Tarra Moran, and the United States of America (collectively "Defendants") seeking dismissal, or in the alternative, an award of summary judgment, on the Complaint filed by plaintiff Herbert Council ("Plaintiff"); and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' motion is GRANTED IN PART and DENIED IN PART; and

IT IS FURTHER ORDERED that Defendants' motion is denied as to Plaintiff's claim for retaliation against defendants McKinnon, Reiser, and Bullock, in their individual capacities; and

IT IS FURTHER ORDERED that Defendants' motion is granted as

to all other defendants, as to all other claims, and as to
Defendants McKinnon, Reiser, and Bullock in their official
capacities.


Dated: June 8, 2007        s/ Robert B. Kugler
                           ROBERT B. KUGLER
                           United States District Judge