(Docket Entry Nos. 156, 157)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                    :
HERBERT COUNCIL,                    :
                                    :
            Plaintiff,              :      Civil No. 06-07 (RBK/KMW)
                                    :
      v.                            :      **ORDER**
                                    :
JOHN NASH, et al.,                  :
                                    :
            Defendants.             :
_____ :

     THIS MATTER having come before the Court on motions by Plaintiff Herbert Council ("Plaintiff") seeking a continuance of the trial date (Docket Entry No. 156) and seeking a legal furlough (Docket Entry No. 157); and

     IT APPEARING TO THE COURT that Plaintiff seeks a continuance of the trial date until after September 9, 2009; and

     IT FURTHER APPEARING TO THE COURT that the trial date has already been adjourned until September 21, 2009; and

     IT FURTHER APPEARING TO THE COURT that Plaintiff seeks a legal furlough to attend the trial; and

     THE COURT NOTING that if Plaintiff is still incarcerated at the time of the trial, his presence may be secured with a writ of habeas corpus, see 28 U.S.C. § 2241; and

     THE COURT FINDING that a legal furlough is therefore unnecessary;

     IT IS HEREBY ORDERED that Plaintiff's motion for a continuance of the trial date is

DISMISSED as moot; and it is further

ORDERED that Plaintiff's motion for a legal furlough is DENIED.


Dated:   5-20-09                                          /s/ Robert B. Kugler
                                                         ROBERT B. KUGLER
                                                         United States District Judge